IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00995-CMA-KLM

KEVIN D. WHITELAW, Trustee of the Whitelaw 2007 Insurance Trust,

    Plaintiff,

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan insurance company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Protective Order Concerning Confidentiality** [Docket No. 14; Filed December 10, 2010] (the "Motion"). Defendant indicates that the Motion is partially opposed by Plaintiff.  Accordingly, the Motion does not comply with the Court's procedures for resolving discovery disputes.  As set forth in Order Nos. 8 & 12, no motion regarding unresolved discovery issues shall be filed until the parties have conferred with each other and contacted the Court to schedule a telephonic hearing.  Filing a Motion and seeking a telephonic hearing is an inappropriate method for advising the Court of the parties' dispute.  Despite the fact that the Motion does not comply with the Court's practice standards,

    IT IS HEREBY **ORDERED** that the Motion is **HELD IN ABEYANCE**.  On or before **December 17, 2010**, the parties are directed to contact the Court on a single line at **(303) 335-2770** to attempt to obtain an immediate resolution of their dispute.  If the judge is unavailable at the time of the call, a telephonic hearing will be set at a time mutually agreeable to the parties and the Court.

    Dated:  December 14, 2010