# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kristen L. Mix

**Civil Action No.: 10-cv-00995-CMA-KLM**       FTR - Reporter Deck - Courtroom C-204
                                                Byron G. Rogers United States Courthouse
**Date: December 17, 2010**                     Courtroom Deputy, Nick Richards

---

KEVIN D. WHITELAW,                              Brian A. Murphy

    **Plaintiff(s),**

v.

JOHN HANCOCK LIFE INSURANCE COMPANY,            Monica Kathleen Loseman

    **Defendant(s).**

---
## COURTROOM   MINUTES  /  MINUTE  ORDER
---

**HEARING:   TELEPHONIC DISCOVERY HEARING**
**Court in Session: 3:09 p.m.**
Court calls case.   Appearance of counsel.

Telephonic Discovery Hearing is scheduled regarding Defendant's Motion for Protective Order Concerning Confidentiality [Docket No. 14, filed December 10, 2010].

Plaintiff's argument by Mr. Murphy.

Defendant's argument by Ms. Loseman.


**It is ORDERED:**     Defendant's Motion for Protective Order Concerning Confidentiality [14] is GRANTED.


HEARING CONCLUDED.
**Court in  recess:** 3:20 p.m.
Time In Court:   00:11

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.