## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 10-cv-00995-CMA-KLM

KEVIN D. WHITELAW, TRUSTEE OF THE WHITELAW 2007 INSURANCE TRUST,

    Plaintiff,

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation Of Dismissal With Prejudice (Doc. # 17) signed by the attorneys for the parties hereto it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay its own costs and attorney fees.

DATED: January  31 , 2011

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge